*Wednesday, February 26, 1997*

## MERIT DOCKET

96–2348. **State ex rel. Martin v. Anderson.**
Richland App. No. 96CA43. On motion to strike appellant's merit brief. Motion granted; *sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.